FILED'10 JUL 22 16:38USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JACQUES STEWART POTTER,

        Plaintiff,        Civil No. 09-6280-CL

        v.        ORDER

MAX WILLIAMS, et al.,

        Defendants.

CLARKE, District Judge.

    Plaintiff's Request for Service by U.S. Marshall (#28) indicates that he is unable to identify the defendants he seeks to have served. The Marshall cannot serve unidentified defendants . Plaintiff's Request (#28) is denied without prejudice to request reconsideration after the resolution of plaintiff's Motion to Compel (#26) filed July 12, 2010, or at which time, if any, that plaintiff is able to provide the court with the information necessary for the Clerk to issue process..

    DATED this 22 day of July, 2010.

                                Mark D. Clarke
                                United States Magistrate Judge

1 - ORDER